**Appeal Reinstated, Appeal Dismissed, and Memorandum Opinion filed March 5, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00523-CV

---

**MARK THUESEN, Appellant**

**V.**

**CATHERINE E. SCHOOLAR, INDIVIDUALLY; CANDACE GARCIA, INDIVIDUALLY; AARON NEIL CARPENTER, INDIVIDUALLY AND CRAIG PHILLIP MALISOW, INDIVIDUALLY, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-49262A**

---

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 24, 2013. On November 10, 2014, we abated this appeal because appellant Mark Thuesen petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 13-37041. *See* Tex. R. App. P. 8.2. Through the Public Access to Court Electronic Records (PACER) system, the court has

learned that the bankruptcy case was closed April 4, 2019.

On January 23, 2020, this court issued an order stating that the appeal would be reinstated and dismissed for want of prosecution unless on or before February 12, 2020, any party to the appeal filed a motion demonstrating good cause to retain this appeal on the court's docket. No motion or other response was filed.

Accordingly, we reinstate the appeal and dismiss it for want of prosecution.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.